UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00271-GNS

AZAREIA KANTREYALE HINTON                                                                 PLAINTIFF

v.

AMERICAN AIRLINES, INC.; and
U.S. AIRWAYS, INC.                                                                       DEFENDANTS

## ORDER

On January 9, 2024, the Court ordered Plaintiff to file an amended complaint within thirty days and warned Plaintiff that this matter would be dismissed if she failed to do so. (Mem. Op. & Order, DN 20). No amended complaint has been filed.

Fed. R. Civ. P. 41(b) authorizes the involuntary dismissal of a lawsuit if a plaintiff fails to prosecute or comply with a court order. *See Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991) ("Fed. R. Civ. P. 41(b) recognizes the power of the district court to enter a *sua sponte* order of dismissal." (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962); *Carter v. City of Memphis*, 636 F.2d 159, 161 (6th Cir. 1980))). Although federal courts afford pro se litigants some leniency on matters that require legal sophistication like formal pleading rules, the same policy does not support leniency from court deadlines and other procedures readily understood by laypersons—particularly when there is a pattern of delay or failure to pursue a case. *See id.* at 110. "Further, the United States Supreme Court has recognized that courts have an inherent power to manage their own affairs and may dismiss a case sua sponte for lack of prosecution." *Lyons-Bey v. Pennell*, 93 F. App'x 732, 733 (6th Cir. 2004) (citing *Link*, 370 U.S. at 630-31).

1

Accordingly, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's lack of prosecution of this case. The Clerk shall strike this matter from the active docket.

Greg N. Stivers, Chief Judge
United States District Court

February 14, 2024

cc: counsel of record
Azareia Kantreyale Hinton, 3317 Oleanda Ave., Louisville, KY 40215